SHARI RUSK (# 170313)
ATTORNEY AT LAW
P.O. BOX 188945
Sacramento, CA. 95818
(916) 804-8656
Fax (916) 443-1165

Attorney for Defendant
JONATHAN SHERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )   No. CR-S-11-454 GEB
                                             )
          Plaintiff,                         )
                                             )
v.                                           )   STIPULATION AND
                                             )   [PROPOSED ORDER] CONTINUING STATUS
THOMAS HOLZMANN, et al.,                     )   CONFERENCE
                                             )
          Defendants.                        )
                                             )   Date:  May 18, 2012
                                             )   Time:  9:00 a.m.
                                             )   Judge:  Honorable Garland E. Burrell, Jr.
                                             )
                                             )
                                             )
_____

          IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant

Eddy Arevalo, Steve Bauer, Esq., counsel for defendant Thomas Holzmann, Michael Stepanian, Esq.,

counsel for defendant Peter Holzmann, Randy Sue Pollock, Esq., counsel for defendant Jonathan

Sherman, Shari Rusk, Esq., and counsel for defendant Joseph Andrade, John R. Manning, Esq., that

the status conference presently set for February 24, 2012, be **continued to May 18, 2012, at 9:00**

**a.m.,** thus **vacating** the presently set status conference.

          Further, all of the parties, the United States of America and all of the defendants as

stated above, hereby agree and stipulate that the ends of justice served by the granting of such

a continuance outweigh the best interests of the public and the defendants in a speedy trial and

that time under the Speedy Trial Act should therefore be excluded under Title 18, United States

Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time

to prepare) from the date of the parties stipulation, February 21, 2012, to and including May 18,

1   2012.  Currently the discovery in this case includes 2,962 pages, 14 video DVDs, and 1 audio CD.

2   The defense requests more time to review the discovery and conduct investigation.

3   IT IS SO STIPULATED.

4
    Dated: February 21, 2012                        /s/  Steve Bauer
5                                                   STEVE BAUER
                                                    Attorney for Defendant
6                                                   Eddy Arevalo

    Dated: February 21, 2012                        /s/  Michael Stepanian
7                                                   MICHAEL STEPANIAN
                                                    Attorney for Defendant
8                                                   Thomas Holzmann

    Dated: February 21, 2012                        /s/  Randy Sue Pollock
9                                                   RANDY SUE POLLOCK
                                                    Attorney for Defendant
10                                                  Peter Holzmann

    Dated: February 21, 2012                        /s/  Shari Rusk
11                                                  SHARI RUSK
                                                    Attorney for Defendant
12                                                  Jonathan Sherman

    Dated: February 21, 2012                        /s/  John R. Manning
13                                                  JOHN R. MANNING
                                                    Attorney for Defendant
14                                                  Joseph Andrade

15  Dated: February 21, 2012                        Benjamin B. Wagner
                                                    United States Attorney
16
                                             by:    /s/ Jill M. Thomas
17                                                  JILL M. THOMAS
                                                    Assistant U.S. Attorney

18

19                                    **ORDER**

20          The Court, having received, read, and considered the stipulation of the parties, and good

21  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

22  Based on the stipulation of the parties and the recitation of facts contained therein, the Court

23  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

24  itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court

25  specifically finds that the failure to grant a continuance in this case would deny defense

26  counsel to this stipulation reasonable time necessary for effective preparation, taking into

27  account the exercise of due diligence.  The Court finds that the ends of justice to be served by

28

granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 21, 012, to and including May 18, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 24, 2012, status conference shall be continued until May 18, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date:** __2/22/2012__

GARLAND E. BURRELL, JR.
United States District Judge