```
SHARI RUSK (# 170313)
ATTORNEY AT LAW
P.O. BOX 188945
Sacramento, CA. 95818
(916) 804-8656
Fax (916) 443-1165

Attorney for Defendant
JONATHAN SHERMAN
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-454 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND |
| | ) PROPOSED ORDER TO REQUEST PRE-PLEA PRE- |
| JONATHAN SHERMAN, | ) SENTENCE REPORT |
| Defendant. | ) |
| | ) Date: September 7, 2012 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Jonathan Sherman, Shari Rusk, that the probation office prepare a pre-plea pre-sentence report in this matter. The parties have spoken with probation about the time it will take to complete this report. The matter is set on calendar for a status conference on September 7, 2012. The report will take approximately four weeks to complete. The parties request that the Court order a pre-plea probation report be prepared prior to the September 7, 2012 status date for review by government counsel and the defendant.

The parties, the United States of America and the defendant as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A)

1

and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare). Time was previously excluded by stipulation and order until the September 7, 2012 status date.

IT IS SO STIPULATED.

Dated: July 17, 2012

        /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Jonathan Sherman

Dated: July 17, 2012        Benjamin B. Wagner
United States Attorney

by:  /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders that the probation office prepare a pre-plea pre-sentence report within the time limits established in 18 U.S.C. § 3161.

The Court orders that the time from the date of the parties' stipulation, July 17, 2012, to and including September 7, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).

IT IS SO ORDERED.

**Date: 7/17/2012**

GARLAND E. BURRELL, JR.
Senior United States District Judge

2