1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510)763-9967
   Facsimile:  (510)272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   **KIM PETER HOLZMANN**
6
   MICHAEL STEPANIAN
7  Attorney at Law (037712)
   819 Eddy Street
8  San Francisco, CA 94109
   Telephone: (415) 771-6174
9  Facsimile:  (415) 272-0711
   mstepanian@sbcglobal.net
10
   Attorney for Defendant
11 **KIM THOMAS HOLZMANN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.11-0454-GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING AND AMENDING DATES FOR PROBATION FILINGS** |
| KIM THOMAS HOLZMANN, KIM PETER HOLZMANN, | |
| Defendants. / | _____ |

The parties hereby stipulate and ask the Court to continue the date set for sentencing from August 31, 2012 to September 28, 2012 as to both Peter Holzmann and Thomas Holzmann based on the need to further prepare for sentencing.

The amended schedule for disclosure of the presentence report shall be as follows:

1. The draft PSR shall be due August 17, 2012;
2. The informal probations shall be due August 31, 2012;
3. The final probation report shall be due on September 7, 2012;
4. The formal defense objections shall be due on September 14, 2012;
5. Any reply or statement of no opposition shall be due on September 21, 2012.

United States Probation Officer Scott Storey has no objection to this schedule.

Date: July 18, 2012          /s/ RANDY SUE POLLOCK
                             Randy Sue Pollock
                             Counsel for Defendant
                             Kim Peter Holzmann

Date: July 18, 2012          /s/ MICHAEL STEPANIAN
                             Michael Stepanian
                             Counsel for Defendant
                             Kim Thomas Holzmann

Date: July 18, 2012          /s/ JILL THOMAS
                             Jill Thomas
                             Assistant United States Attorney

SO ORDERED:

Dated: July 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2