RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510)763-9967
Facsimile:  (510)272-0711
pollockesq@aol.com

Attorney for Defendant
**KIM PETER HOLZMANN**

MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 272-0711
mstepanian@sbcglobal.net

Attorney for Defendant
**KIM THOMAS HOLZMANN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIM THOMAS HOLZMANN,<br>KIM PETER HOLZMANN,<br><br>Defendants.<br>_____/ | CASE NO.11-0454-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING AND AMENDING DATES FOR PROBATION FILINGS**<br>_____ |

The parties hereby stipulate and ask the Court to continue the date set for sentencing from September 28, 2012 to November 30, 2012August 31, 2012 as to both Peter Holzmann and Thomas Holzmann based on the need to further prepare for sentencing.

The amended schedule for disclosure of the presentence report shall be as follows:

1. The draft PSR shall be due October 19, 2012;
2. The informal probations shall be due November 2, 2012;
3. The final probation report shall be due on November 9, 2012;
4. The motion for corrections shall be due on November 16, 2012;
5. Any reply or statement of no opposition shall be due on November 26, 2012.

United States Probation Officer Scott Storey has no objection to this schedule.

Date: September 5, 2012        /s/ RANDY SUE POLLOCK
                               Randy Sue Pollock
                               Counsel for Defendant
                               Kim Peter Holzmann

Date: September 5, 2012        /s/ MICHAEL STEPANIAN
                               Michael Stepanian
                               Counsel for Defendant
                               Kim Thomas Holzmann

Date: September 5, 2012        /s/ JILL THOMAS
                               Jill Thomas
                               Assistant United States Attorney

SO ORDERED:                    .

Dated: September 6, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District
Judge