RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
(510) 763-9967
(510) 272-0711
pollockesq@aol.com

Attorney for Defendant
**PETER KIM HOLZMANN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-ooo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER KIM HOLZMANN and THOMAS KIM HOLZMANN,<br><br>Defendants. | **Case No. CR11-454-GEB**<br><br>**STIPULATION TO VACATE CURRENT SENTENCING DATE AND CONTINUE HEARING TO FEBRUARY 22, 2013; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED between Assistant United States Attorney Jill Thomas, Randy Sue Pollock, counsel for defendant Peter Kim Holzmann, and Michael Stepanian, counsel for defendant Thomas Kim Holzmann, that the sentencing date currently set for February 15, 2013, be vacated and rescheduled for February 22, 2013.

IT IS FURTHER STIPULATED that corrections to the final presentence reports be filed by February 15, 2013.

/ / /

/ / /

/ / /

STIPULATION TO CONTINUE SENTENCING
TO FEBRUARY 22, 2013; [PROPOSED] ORDER

1

Defense counsel will contemporaneously file a stipulation and waiver of conflict of interest on behalf of Peter Kim Holzmann and Thomas Kim Holzmann who have requested joint representation by Randy Sue Pollock.

United States Probation Officer Scott Storey is currently out of the country. In his absence, counsel contacted Supervisor Jeff Oestreicher. Mr. Oestreicher does not object to continuing the sentencing hearing.

Dated: February 1, 2013 /s/ Jill Thomas
JILL THOMAS
Counsel for Plaintiff UNITED STATES OF AMERICA

Dated: February 1, 2013 /s/ Randy Sue Pollock
RANDY SUE POLLOCK
Counsel for Defendant PETER KIM HOLZMANN

Dated: February 1, 2013 /s/ Michael Stepanian
MICHAEL STEPANIAN
Counsel for Defendant THOMAS KIM HOLZMANN

## **ORDER**

IT IS HEREBY ORDERED that sentencing proceedings, currently set for February 15, 2013, be vacated and rescheduled for February 22, 2013 at 9:00 a.m. All deadlines for filing objections and motions shall be recalculated based upon the new hearing date.

**Date: 2/4/2013**

GARLAND E. BURRELL, JR.
Senior United States District Judge