IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:11-cr-00454-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PETER KIM HOLZMANN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's application to hold judgment in abeyance and amend the presentence report (ECF No. 102) is denied since Defendant has not shown that the Court has jurisdiction to grant the relief requested.

Dated: April 8, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge