JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ANDRADE,

    Defendant.

No. CR-S-11-454-GEB

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT SENTENCING

Date: January 10, 2014
Time: 9:00 a.m.
Judge: Honorable Garland E. Burrell, Jr.

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for December 13, 2013. Counsel for the parties request the date for judgment and sentencing be continued to January 10, 2014, at 9:00 a.m. Counsel for Mr. Andrade needs additional time to respond to information anticipated in the presentence report. Additionally, due to scheduling issues the probation interview with Mr. Andrade will not take place until October 30, 2013. As a result probation will need time to draft their report and defense will need additional time to respond. Assistant U.S. Attorney Jill Thomas and USPO Scott Storey have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                     **1/10/14**

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | 1/3/14 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/27/13 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/20/13 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 12/13/13 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 12/2/13 |

IT IS SO STIPULATED.

Dated: October 23, 2013    /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Joseph Andrade

Dated: October 12, 2013    Benjamin B. Wagner
United States Attorney

by:    /s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED .

Dated: November 26, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge